NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESTHER HALL,**
*Petitioner-Appellant,*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2010-5126

---

Appeal from the United States Court of Federal Claims in case no. 02-VV-1052, Judge Lynn J. Bush.

---

**ON MOTION**

---

**O R D E R**

Esther Hall moves to consolidate this appeal with 2010-5077 for purposes of oral argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to consolidate is denied.

FOR THE COURT

**OCT 2 7 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richard Gage, Esq.
    Ann D. Martin, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 2 7 2010**

**JAN HORBALY**
**CLERK**